ROCK HOUSE FARM, INC., Respondent,

v.

RIDGEWAY LION'S CLUB,
INC., Appellant.

Nos. WD 52310, WD 52326.

Missouri Court of Appeals,
Western District.

June 10, 1997.

Roscoe Moulthrop, Jr., Bethany, for Appellant.

Richard McFadin, Gallatin, for Respondent.

Before BERREY, P.J., and SPINDEN and SMART, JJ.

## ORDER

PER CURIAM.

Ridgeway Lion's Club appeals the circuit court's judgment for Rock House Farm in Ridgeway's counterclaim for attorney fees incurred defending an alleged frivolous lawsuit. We affirm. Rule 84.16(b).